Case 1:20-mj-00066-TJC   Document 4   Filed 07/10/20   P

FILED
7/10/2020

Clerk, U.S. District Court
District of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF USPS PRIORITY PACKAGE ADDRESSED TO SHERRI BULLOCK, P.O. BOX 468, WIBAUX, MT 59353 FROM BILL TROLINGER, 3740 SMITH AVE. #5, ACTON, CA, TRACKING NO. 9505516023410189327667 | Case No.   MJ-20-66-BLG-TJC<br><br>ORDER |

Based on motion of the United States and good cause appearing, IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

\\

\\

\\

Crim. P. 16.

DATED this _10_ day of July 2020.

*[signature]*

HON. TIMOTHY J. CAVAN
U.S. Magistrate Judge